## Kelly Sessoms

**From:** Lisa Eiland <lisa@wbartonlaw.com>
**Sent:** Tuesday, June 24, 2025 9:27 AM
**To:** Kelly Sessoms
**Cc:** Harvey Barton
**Subject:** RE: T. Johnson v. City of MP
**Attachments:** W-9.pdf

Please see attached W-9. Please make the check payable to Toni Nettles Johnson and the Barton Law Firm, PLLC.

*Melanie Lisa Eiland*
*Litigation Assistant to W. Harvey Barton*
*3007 Magnolia Street*
*Pascagoula, MS 39567*
*Telephone: (228) 769-2070*
*Facsimile: (228) 769-1992*

**From:** Kelly Sessoms <ksessoms@wwbslaw.com>
**Sent:** Monday, June 23, 2025 4:40 PM
**To:** Lisa Eiland <lisa@wbartonlaw.com>; Harvey Barton <harvey@wbartonlaw.com>
**Cc:** Pam Foster <pfoster@wwbslaw.com>; Robert Wilkinson <rwilkinson@wwbslaw.com>
**Subject:** RE: T. Johnson v. City of MP

Thanks. Just need W-9 and payment instructions. I'll notify Judge Rath and prepare a release and order of dismissal.



**A. Kelly Sessoms, III**
Wilkinson, Williams, Bosio & Sessoms, PLLC
734 Delmas Avenue
P.O. Box 1618
Pascagoula, MS 39568-1618
Tel: 228-762-2272
Fax: 228-762-3223
Cell: 228-249-6616
www.wwbslaw.com
ksessoms@wwbslaw.com
Licensed in Mississippi and Alabama

This electronic mail message, including all files or attachments, is intended exclusively for the individual or entity to which it is addressed and may contain legally privileged and confidential information. The authorized recipient of this information is prohibited from disclosing this information to any other party unless permitted or required by law or regulation. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you are not the intended recipient, please contact the sender by reply e-mail and delete the original email from your system.


EXHIBIT "A"

**From:** Lisa Eiland <lisa@wbartonlaw.com>
**Sent:** Monday, June 23, 2025 3:59 PM
**To:** Kelly Sessoms <ksessoms@wwbslaw.com>; Harvey Barton <harvey@wbartonlaw.com>
**Cc:** Pam Foster <pfoster@wwbslaw.com>; Robert Wilkinson <rwilkinson@wwbslaw.com>
**Subject:** RE: T. Johnson v. City of MP

Offer accepted.

*Melanie Lisa Eiland*
*Litigation Assistant to W. Harvey Barton*
*3007 Magnolia Street*
*Pascagoula, MS 39567*
*Telephone: (228) 769-2070*
*Facsimile: (228) 769-1992*

**From:** Kelly Sessoms <ksessoms@wwbslaw.com>
**Sent:** Monday, June 23, 2025 2:25 PM
**To:** Harvey Barton <harvey@wbartonlaw.com>
**Cc:** Pam Foster <pfoster@wwbslaw.com>; Lisa Eiland <lisa@wbartonlaw.com>; Robert Wilkinson <rwilkinson@wwbslaw.com>
**Subject:** RE: T. Johnson v. City of MP

I passed along your counter and the response was that $2500 was all they were willing to pay. Will this work?



**A. Kelly Sessoms, III**
Wilkinson, Williams, Bosio & Sessoms, PLLC
734 Delmas Avenue
P.O. Box 1618
Pascagoula, MS 39568-1618
Tel: 228-762-2272
Fax: 228-762-3223
Cell: 228-249-6616
www.wwbslaw.com
ksessoms@wwbslaw.com
Licensed in Mississippi and Alabama

This electronic mail message, including all files or attachments, is intended exclusively for the individual or entity to which it is addressed and may contain legally privileged and confidential information. The authorized recipient of this information is prohibited from disclosing this information to any other party unless permitted or required by law or regulation. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you are not the intended recipient, please contact the sender by reply e-mail and delete the original email from your system.

**From:** Harvey Barton <harvey@wbartonlaw.com>
**Sent:** Thursday, June 19, 2025 4:52 PM
**To:** Kelly Sessoms <ksessoms@wwbslaw.com>
**Cc:** Pam Foster <pfoster@wwbslaw.com>; Lisa Eiland <lisa@wbartonlaw.com>; Robert Wilkinson <rwilkinson@wwbslaw.com>
**Subject:** Re: T. Johnson v. City of MP

You are right. Is hearing that worth $5000 to get this case settled?
Sent from my iPhone

> On Jun 18, 2025, at 3:03 PM, Kelly Sessoms <ksessoms@wwbslaw.com> wrote:
>
> Harvey,
> As you can see from our supplemental disclosures, we've checked with the County on the mailing address issue. It appears that the Moss Point address was the correct one for purposes of notice of the March 21, 2023, hearing. The mailing address was changed to Gulfport afterwards which was a point even you brought up with Judge Rath at the TCMC.
> Moreover, your client actually appeared at the May 2, 2023, city council meeting and thus had actual notice of the situation.
> Nevertheless, in an effort to resolve this matter the city offers $2500 in full and final settlement.
> Kelly
>
> <image002.jpg>
>
> **A. Kelly Sessoms, III**
> Wilkinson, Williams, Bosio & Sessoms, PLLC
> 734 Delmas Avenue
> P.O. Box 1618
> Pascagoula, MS 39568-1618
> Tel: 228-762-2272
> Fax: 228-762-3223
> Cell: 228-249-6616
> www.wwbslaw.com
> ksessoms@wwbslaw.com
> Licensed in Mississippi and Alabama

This electronic mail message, including all files or attachments, is intended exclusively for the individual or entity to which it is addressed and may contain legally privileged and confidential information. The authorized recipient of this information is prohibited from disclosing this information to any other party unless permitted or required by law or regulation. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you are not the intended recipient, please contact the sender by reply e-mail and delete the original email from your system.

**From:** Pam Foster <pfoster@wwbslaw.com>
**Sent:** Monday, June 16, 2025 4:54 PM
**To:** Harvey Barton <harvey@wbartonlaw.com>; Lisa Eiland <lisa@wbartonlaw.com>
**Cc:** Kelly Sessoms <ksessoms@wwbslaw.com>; Robert Wilkinson <rwilkinson@wwbslaw.com>
**Subject:** T. Johnson v. City of MP

Please see attached Defendant's First Supplemental Rule 26 Pre-Discovery Disclosures along with referenced documents. Please let us know if you have any questions.

*Pamela B. Foster, Paralegal*
WILKINSON, WILLIAMS, BOSIO & SESSOMS, PLLC
734 Delmas Avenue (39567)

3

Post Office Box 1618
Pascagoula, MS 39568-1618
228-762-2272
228-762-3223 fax
pfoster@wwbslaw.com
www.wwbslaw.com