IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TONI NETTLES JOHNSON** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:25cv114-HSO-BWR |
| | § | |
| **CITY OF MOSS POINT,** | § | |
| **MISSISSIPPI** | § | **DEFENDANT** |

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Order entered this date adopting the Magistrate Judge's Report and Recommendation [27], the Court hereby enters judgment pursuant to Federal Rules of Civil Procedure 58.  Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiff Toni Nettles Johnson's Complaint [1-2] is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 3rd day of March, 2026.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE